IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


MICHAEL VENIS                                                                    PLAINTIFF

                    v.                    Civil No. 06-6033

DON NELSON, Construction
Supervisor, Arkansas Department
of Correction                                                                DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this civil rights action in the Eastern District of Arkansas on May 19, 2006.

An order transferring the case to this district was entered on June 21, 2006, and the file received

on June 26, 2006.  Plaintiff proceeds pro se and in forma pauperis.

On July 7, 2006, the defendant filed a motion to dismiss the case based on the plaintiff's

failure to exhaust his administrative remedies (Doc. 4) as required under the Prison Litigation

Reform Act.  On July 10, 2006, the defendant filed a motion for summary judgment based on

the plaintiff's failure to exhaust his administrative remedies (Doc. 5).  On July 17, 2006, the

plaintiff filed a motion for voluntary dismissal without prejudice (Doc. 8).

I recommend that the plaintiff's motion to voluntarily dismiss this action without

prejudice be granted.

**The parties have ten days from receipt of this report and recommendation in which**

**to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely**

**objections may result in waiver of the right to appeal questions of fact.  The parties are**

-1-

reminded that objections must be both timely and specific to trigger de novo review by the

district court.

DATED this 24th day of July 2006.


/s/ Bobby E. Shepherd
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)