IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL VENIS                                                              PLAINTIFF

   V.                          Civil No. 06-6033

DON NELSON, Construction
Supervisor, Arkansas Department
of Correction                                                              DEFENDANT

## O R D E R

On this 8th day of August 2006, there comes on for consideration the report and recommendation (Doc. 9) filed in this case on July 24, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate for the Western District of Arkansas. No objections have been filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's motion to voluntary dismiss this action (Doc. 8) is GRANTED, and this action is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge